Entered: August 8th, 2025
Signed: August 7th, 2025

**SO ORDERED**

No opposition filed.



MARIA ELLENA CHAVEZ-RUARK
U.S. BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| IN RE: | * |
| | * |
| TIMOTHY ROBERT KENNEY | * Case No. 25-15977-MCR |
| | * (Chapter 7) |
| Debtor | * |

ORDER GRANTING APPLICATION TO EMPLOY
REAL ESTATE AGENT

Upon the foregoing Application of the Trustee for authority to employ Trish Nicely of JPAR Real Estate Professionals, as real estate agent herein to sell the property set forth in the Trustee's Application, and upon careful consideration of the same, it is hereby

ORDERED, pursuant to 11 U.S.C. Section 327(a), that Merrill Cohen, Trustee, is authorized to employ Trish Nicely of JPAR Real Estate Professionals, as real estate agent, to market and sell the real property of the estate set forth in the Trustee's Application. Employment and compensation is to be upon the terms and conditions set forth in said Application and in the Listing Contract attached thereto except that payment of commission is contingent upon settlement of a sale procured by said broker and only from the proceeds of such sale.

FURTHER ORDERED, any compensation to be paid to real estate agent is subject to

1

Application and further Order of this Court.

Copies to:

Merrill Cohen, Esq.
P.O. Box 53
Harbeson, DE 19951

David E. Cahn, Esq.
129-10 W. Patrick St., 2nd Fl
Frederick, MD 21701

Office of the U.S. Trustee
6305 Ivy Lane
Suite 600
Greenbelt, MD 20770

**END OF ORDER**